BENJAMIN B. WAGNER
United States Attorney
KEVIN C. KHASIGIAN
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:11-MC-00021-LKK-KJN |
| Plaintiff, | STIPULATION AND ORDER EXTENDING TIME FOR FILING A COMPLAINT FOR FORFEITURE AND/OR TO OBTAIN AN INDICTMENT ALLEGING FORFEITURE |
| v. | |
| APPROXIMATELY $400,720.00 IN U.S. CURRENCY, | |
| APPROXIMATELY $294,967.00 IN U.S. CURRENCY, | |
| APPROXIMATELY $3,073.00 IN U.S. CURRENCY, | |
| APPROXIMATELY $399,940.00 IN U.S. CURRENCY, | |
| APPROXIMATELY $200,000.00 IN U.S. CURRENCY, | |
| Defendants. | |

It is hereby stipulated by and between the United States of America and claimant Lonnie Patrick Terrell ("claimant"), by and through their respective attorney, as follows:

1. On or about December 22, 2010, claimant Lonnie Patrick Terrell filed claims, in the administrative forfeiture proceedings, with the Drug Enforcement Administration with respect to the five assets listed in the above-caption (hereafter the

1  "defendant currency"), which were seized October 27, 2010.

2    2. The Drug Enforcement Administration has sent the written notice of intent to forfeit required by 18 U.S.C. § 983(a)(1)(A) to all known interested parties.  The time has expired for any person to file a claim to the defendant currency under 18 U.S.C. § 983(a)(2)(A)-(E), and no person other than claimant has filed a claim to the defendant currency as required by law in the administrative forfeiture proceeding.

3. Under 18 U.S.C. § 983(a)(3)(A), the United States is required to file a complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture within 90 days after a claim has been filed in the administrative forfeiture proceedings, unless the court extends the deadline for good cause shown or by agreement of the parties.  That deadline was March 22, 2011.

4. By Stipulation and Order filed March 3, 2011, the parties stipulated to extend to June 20, 2011, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

5. By Stipulation and Order filed June 1, 2011, the parties stipulated to extend to September 19, 2011, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

6. By Stipulation and Order filed September 19, 2011, the parties stipulated to extend to December 16, 2011, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

7. By Stipulation and Order filed December 5, 2011, the parties stipulated to extend to March 15, 2012, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

1    8.  By Stipulation and Order filed March 9, 2012, the parties stipulated to
2 extend to June 13, 2012, the time in which the United States is required to file a civil
3 complaint for forfeiture against the defendant currency and/or to obtain an indictment
4 alleging that the defendant currency is subject to forfeiture.

5    9.  As provided in 18 U.S.C. § 983(a)(3)(A), the parties wish by agreement to
6 further extend to September 11, 2012, the time in which the United States is required
7 to file a civil complaint for forfeiture against the defendant currency and/or to obtain
8 an indictment alleging that the defendant currency is subject to forfeiture.

9    10.  Accordingly, the parties agree that the deadline by which the United States
10 shall be required to file a complaint for forfeiture against the defendant currency
11 and/or to obtain an indictment alleging that the defendant currency is subject to
12 forfeiture shall be extended to September 11, 2012.

                                    BENJAMIN B. WAGNER
                                    United States Attorney

DATE: 5-15-12            By: /s/ Kevin C. Khasigian
                              KEVIN C. KHASIGIAN
                              Assistant U.S. Attorney


DATE: 5-15-12                 /s/ Zenia K. Gilg
                              ZENIA K. GILG
                              Attorney for Claimant Lonnie
                              Patrick Terrell
                              (Signature retained by attorney)


**IT IS SO ORDERED.**

DATED: May 17, 2012.

                              LAWRENCE K. KARLTON
                              SENIOR JUDGE
                              UNITED STATES DISTRICT COURT