1  BENJAMIN B. WAGNER
   United States Attorney
2  KEVIN C. KHASIGIAN
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone:  (916) 554-2700

5

6

7

8              IN THE UNITED STATES DISTRICT COURT FOR THE

9                    EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,        )  2:11-MC-00021-LKK-KJN
                                     )
12                    Plaintiff,     )  STIPULATION AND ORDER EXTENDING
                                     )  TIME FOR FILING A COMPLAINT FOR
13        v.                         )  FORFEITURE AND/OR TO OBTAIN AN
                                     )  INDICTMENT ALLEGING FORFEITURE
14  APPROXIMATELY $400,720.00 IN     )
    U.S. CURRENCY,                   )
15                                   )
    APPROXIMATELY $294,967.00 IN     )
16  U.S. CURRENCY,                   )
                                     )
17  APPROXIMATELY $3,073.00 IN       )
    U.S. CURRENCY,                   )
18                                   )
    APPROXIMATELY $399,940.00 IN     )
19  U.S. CURRENCY,                   )
                                     )
20  APPROXIMATELY $200,000.00 IN     )
    U.S. CURRENCY,                   )
21                                   )
                      Defendants.    )
22  _____ )

23        It is hereby stipulated by and between the United States of America and

24  claimant Lonnie Patrick Terrell ("claimant"), by and through their respective attorney,

25  as follows:

26        1.  On or about December 22, 2010, claimant Lonnie Patrick Terrell filed claims,

27  in the administrative forfeiture proceedings, with the Drug Enforcement

28  Administration with respect to the five assets listed in the above-caption (hereafter the

1  "defendant currency"), which were seized October 27, 2010.

2      2.  The Drug Enforcement Administration has sent the written notice of intent to

3  forfeit required by 18 U.S.C. § 983(a)(1)(A) to all known interested parties.  The time

4  has expired for any person to file a claim to the defendant currency under 18 U.S.C. §

5  983(a)(2)(A)-(E), and no person other than claimant has filed a claim to the defendant

6  currency as required by law in the administrative forfeiture proceeding.

7      3.  Under 18 U.S.C. § 983(a)(3)(A), the United States is required to file a

8  complaint for forfeiture against the defendant currency and/or to obtain an indictment

9  alleging that the defendant currency is subject to forfeiture within 90 days after a

10  claim has been filed in the administrative forfeiture proceedings, unless the court

11  extends the deadline for good cause shown or by agreement of the parties.  That

12  deadline was March 22, 2011.

13      4.  By Stipulation and Order filed March 3, 2011, the parties stipulated to

14  extend to June 20, 2011, the time in which the United States is required to file a civil

15  complaint for forfeiture against the defendant currency and/or to obtain an indictment

16  alleging that the defendant currency is subject to forfeiture.

17      5.  By Stipulation and Order filed June 1, 2011, the parties stipulated to extend

18  to September 19, 2011, the time in which the United States is required to file a civil

19  complaint for forfeiture against the defendant currency and/or to obtain an indictment

20  alleging that the defendant currency is subject to forfeiture.

21      6.  By Stipulation and Order filed September 19, 2011, the parties stipulated to

22  extend to December 16, 2011, the time in which the United States is required to file a

23  civil complaint for forfeiture against the defendant currency and/or to obtain an

24  indictment alleging that the defendant currency is subject to forfeiture.

25      7.  By Stipulation and Order filed December 5, 2011, the parties stipulated to

26  extend to March 15, 2012, the time in which the United States is required to file a civil

27  complaint for forfeiture against the defendant currency and/or to obtain an indictment

28  alleging that the defendant currency is subject to forfeiture.

1   8. By Stipulation and Order filed March 9, 2012, the parties stipulated to

2 extend to June 13, 2012, the time in which the United States is required to file a civil

3 complaint for forfeiture against the defendant currency and/or to obtain an indictment

4 alleging that the defendant currency is subject to forfeiture.

5   9. By Stipulation and Order filed May 17, 2012, the parties stipulated to extend

6 to September 11, 2012, the time in which the United States is required to file a civil

7 complaint for forfeiture against the defendant currency and/or to obtain an indictment

8 alleging that the defendant currency is subject to forfeiture.

9   10. As provided in 18 U.S.C. § 983(a)(3)(A), the parties wish by agreement to

10 further extend to December 10, 2012, the time in which the United States is required

11 to file a civil complaint for forfeiture against the defendant currency and/or to obtain

12 an indictment alleging that the defendant currency is subject to forfeiture.

13   11. Accordingly, the parties agree that the deadline by which the United States

14 shall be required to file a complaint for forfeiture against the defendant currency

15 and/or to obtain an indictment alleging that the defendant currency is subject to

16 forfeiture shall be extended to December 10, 2012.

17            BENJAMIN B. WAGNER
              United States Attorney

18

19 DATE: 8/22/12    By: /s/ Kevin C. Khasigian
              KEVIN C. KHASIGIAN

20              Assistant U.S. Attorney

21

22 DATE: 8/21/12      /s/ Zenia K. Gilg
              ZENIA K. GILG

23              Attorney for Claimant Lonnie
              Patrick Terrell

24              (Authorized by email)

25
   **IT IS SO ORDERED.**

26
  DATE: August 23, 2012.

27

28             LAWRENCE K. KARLTON
             SENIOR JUDGE
             UNITED STATES DISTRICT COURT