BENJAMIN B. WAGNER
United States Attorney
KEVIN C. KHASIGIAN
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 2:11-MC-00021-LKK-KJN |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER EXTENDING TIME FOR FILING A COMPLAINT FOR FORFEITURE AND/OR TO OBTAIN AN INDICTMENT ALLEGING FORFEITURE |
| v. ) | |
| ) | |
| APPROXIMATELY $400,720.00 IN ) U.S. CURRENCY, ) | |
| ) | |
| APPROXIMATELY $294,967.00 IN ) U.S. CURRENCY, ) | |
| ) | |
| APPROXIMATELY $3,073.00 IN ) U.S. CURRENCY, ) | |
| ) | |
| APPROXIMATELY $399,940.00 IN ) U.S. CURRENCY, ) | |
| ) | |
| APPROXIMATELY $200,000.00 IN ) U.S. CURRENCY, ) | |
| ) | |
| Defendants. ) | |

It is hereby stipulated by and between the United States of America and claimant Lonnie Patrick Terrell ("claimant"), by and through their respective attorney, as follows:

1. On or about December 22, 2010, claimant Lonnie Patrick Terrell filed claims, in the administrative forfeiture proceedings, with the Drug Enforcement Administration with respect to the five assets listed in the above-caption (hereafter the

"defendant currency"), which were seized October 27, 2010.

2. The Drug Enforcement Administration has sent the written notice of intent to forfeit required by 18 U.S.C. § 983(a)(1)(A) to all known interested parties. The time has expired for any person to file a claim to the defendant currency under 18 U.S.C. § 983(a)(2)(A)-(E), and no person other than claimant has filed a claim to the defendant currency as required by law in the administrative forfeiture proceeding.

3. Under 18 U.S.C. § 983(a)(3)(A), the United States is required to file a complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture within 90 days after a claim has been filed in the administrative forfeiture proceedings, unless the court extends the deadline for good cause shown or by agreement of the parties. That deadline was March 22, 2011.

4. By Stipulation and Order filed March 3, 2011, the parties stipulated to extend to June 20, 2011, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

5. By Stipulation and Order filed June 1, 2011, the parties stipulated to extend to September 19, 2011, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

6. By Stipulation and Order filed September 19, 2011, the parties stipulated to extend to December 16, 2011, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

7. By Stipulation and Order filed December 5, 2011, the parties stipulated to extend to March 15, 2012, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

1    8.  By Stipulation and Order filed March 9, 2012, the parties stipulated to
2 extend to June 13, 2012, the time in which the United States is required to file a civil
3 complaint for forfeiture against the defendant currency and/or to obtain an indictment
4 alleging that the defendant currency is subject to forfeiture.

5    9.  By Stipulation and Order filed May 17, 2012, the parties stipulated to extend
6 to September 11, 2012, the time in which the United States is required to file a civil
7 complaint for forfeiture against the defendant currency and/or to obtain an indictment
8 alleging that the defendant currency is subject to forfeiture.

9    10.  By Stipulation and Order filed August 24, 2012, the parties stipulated to
10 extend to December 10, 2012, the time in which the United States is required to file a
11 civil complaint for forfeiture against the defendant currency and/or to obtain an
12 indictment alleging that the defendant currency is subject to forfeiture.

13    11.  As provided in 18 U.S.C. § 983(a)(3)(A), the parties wish by agreement to
14 further extend to March 11, 2013, the time in which the United States is required to
15 file a civil complaint for forfeiture against the defendant currency and/or to obtain an
16 indictment alleging that the defendant currency is subject to forfeiture.

17    12.  Accordingly, the parties agree that the deadline by which the United States
18 shall be required to file a complaint for forfeiture against the defendant currency
19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture shall be extended to March 11, 2013.

                                            BENJAMIN B. WAGNER
                                            United States Attorney

DATE: 11/19/12               By: /s/ Kevin C. Khasigian
                                          KEVIN C. KHASIGIAN
                                            Assistant U.S. Attorney

DATE: 11/19/12                    /s/ Zenia K. Gilg
                                            ZENIA K. GILG
                                            Attorney for Claimant Lonnie
                                            Patrick Terrell
                                            (Authorized by email)

**IT IS SO ORDERED.**

DATED: November 20, 2012.

                                            LAWRENCE K. KARLTON
                                            SENIOR JUDGE
                                            UNITED STATES DISTRICT COURT